UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK STORM,<br>    Plaintiff,<br>vs.<br><br>NEIL ERICKSON,<br>    In both his official capacity and individual capacity as Police Chief of the City of Gardner,<br>JAMES F. TRIFIRO,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>DYLAN BRYANT,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>POLICE OFFICER JOHN DOE,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>    Defendants | C.A. No. 4:16-cv-40094-TSH |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendants, Chief Neil Erickson, Officer James F. Trifiro, Officer Dylan Bryant and Police Officer John Doe in the above-entitled matter.

                                            DEFENDANTS,
                                            By their attorney,

                                            /s/ Courtney E. Mayo
                                            Courtney E. Mayo, Esquire,
                                            BBO # 657790
                                            Hassett & Donnelly, P.C.
                                            446 Main Street - 12th Floor
                                            Worcester, MA 01608
                                            Phone: (508) 791-6287
                                            cmayo@hassettanddonnelly.com

Dated: July 20, 2016

## CERTIFICATE OF SERVICE

      I, Courtney E. Mayo, counsel for the defendants in the above-entitled matter, hereby certify that I have served a copy of the foregoing Notice of Appearance upon all parties through the Electronic Case Filing system this 20th day of July, 2016 to:

J. Steven Foley, Esquire  
Law Office of J. Steven Foley  
100 Pleasant Street # 100  
Worcester, MA 01609  
JSteven@attorneyfoley.com

                                        /s/ Courtney E. Mayo  
                                        Courtney E. Mayo, Esquire