UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK STORM,        Plaintiff,<br>vs.<br><br>NEIL ERICKSON,<br>    In both his official capacity and individual capacity as Police Chief of the City of Gardner,<br>JAMES F. TRIFIRO,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>DYLAN BRYANT,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>JOSEPH WOLSKI,<br>    In both his official capacity and individual capacity as Police Officer for the City of Gardner,<br>        Defendants | C.A. No. 4:16-cv-40094-TSH |

### DEFENDANTS NEIL ERICKSON, JAMES F. TRIFIRO, DYLAN BRYANT AND JOSEPH WOLSKI'S ASSENTED TO MOTION TO EXTEND THE SCHEDULING ORDER BY NINETY DAYS

    NOW COME the defendants, Chief Neil Erickson (herein "defendant" or "Chief"), Sergeant James F. Trifiro (herein "defendant" or "Trifiro) Officer Dylan Bryant (herein "defendant" or "Bryant") and Officer Joseph Wolski in the above entitled matter and hereby move this Honorable Court to extend the Scheduling Order deadlines by ninety (90) days. As reasons therefore, the defendants state that the parties have been diligent in their efforts to complete discovery in the within action, exchanging their initial disclosures and paper discovery within the time frame designated by this Honorable Court in the Scheduling Order. However, the parties will not be able to complete all depositions by the February 28, 2017 deadline due, in part, to weather issues and scheduling conflicts of the parties that have prevented previously scheduled depositions from going forward.

    The parties anticipate being able to complete all depositions by May 26, 2017 and serve any anticipated motions for summary judgment by June 30, 2017, with oppositions due twenty-one (21) days after service.

     WHEREFORE, the defendants Chief Neil Erickson, Sergeant James Trifiro, Officer Dylan Bryant and Officer Joseph Wolski request this Honorable Court allow their assented to Motion to Extend the Scheduling Order by ninety (90) days.

                                    DEFENDANTS,
                                    By their attorney,

                                  /s/ *Courtney E. Mayo*
                                  Courtney E. Mayo, Esquire,
                                  BBO # 657790
                                  Gerard T. Donnelly, Esquire
                                  BBO # 553283
                                  Hassett & Donnelly, P.C.
                                  446 Main Street - 12th Floor
                                  Worcester, MA 01608
                                  Phone:  (508) 791-6287
                                  cmayo@hassettanddonnelly.com
                                  gdonnelly@hassettanddonnelly.com

Dated: February 28, 2017

                                  ASSENTED TO BY:
                                  ERIK STORM,
                                  By his attorney,


                                  /s/ *J. Steven Foley*
                                  J. Steven Foley, Esquire
                                  BBO # 685741
                                  Law Office of J. Steven Foley
                                  100 Pleasant Street #100
                                  Worcester, MA 01609
                                  Phone: (508)754-1042
                                  jsteven@attorneyfoley.com

## CERTIFICATE OF SERVICE

      I, Courtney E. Mayo, counsel for the defendants in the above-entitled matter, hereby certify that I have served a copy of the foregoing document upon all parties through the Electronic Case Filing system this 28th day of February 2017 to:

J. Steven Foley, Esquire
Law Office of J. Steven Foley
100 Pleasant Street # 100
Worcester, MA 01609
JSteven@attorneyfoley.com

                                            /s/ Courtney E. Mayo
                                            Courtney E. Mayo, Esquire